■ MICHAEL BLAYLOCK, Appellant, v STATE OF NEW YORK, Respondent. [987 NYS2d 245]—

In a claim to recover damages for personal injuries, the claimant appeals from a judgment of the Court of Claims (Soto, J.), dated August 22, 2011, which, upon a decision of the same court dated June 16, 2011, made after a trial, is in favor of the defendant and against him dismissing the claim.

Ordered that the appeal is dismissed, without costs or disbursements.

"It is the obligation of the appellant to assemble a proper record on appeal" (*Matison v County of Nassau*, 290 AD2d 494, 495 [2002]; *see Milowski v Michael*, 69 AD3d 909, 909 [2010]; *Nakyeoung Seoung v Vicuna*, 38 AD3d 734, 735 [2007]; *Singh v Getty Petroleum Corp.*, 275 AD2d 740, 740 [2000]). Here, the appellant failed to include in the record on appeal a copy of the trial transcript. Since, under the circumstances, the record is inadequate to enable this Court to render an informed decision on the merits, the appeal must be dismissed (*see Hazell v State of New York*, 81 AD3d 893 [2011]; *Milowski v Michael*, 69 AD3d at 909; *Robertson v United Equities, Inc.*, 61 AD3d 838, 839 [2009]; *Nakyeoung Seoung v Vicuna*, 38 AD3d at 735; *Gerhardt v New York City Tr. Auth.*, 8 AD3d 427, 427-428 [2004]; *Matison v County of Nassau*, 290 AD2d at 495; *Lowry v Suffolk County Water Auth.*, 287 AD2d 551, 552 [2001]). Eng, P.J., Austin, Hinds-Radix and LaSalle, JJ., concur.